**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**JORGE SANCHEZ**                                                                **PLAINTIFF**

**v.**                              **NO: 5:09CV00201 BSM/HDY**

**DOE** *et al.*                                                     **DEFENDANTS**

## ORDER

The court has reviewed the proposed findings and partial recommended disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the court concludes that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety as this court's findings in all respects.

Accordingly, plaintiff's claims against defendants Doe and Jefferson County Pine Bluff Task Force are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 13th day of October, 2009.

                                                             /s/ Brian S. Miller
                                                             UNITED STATES DISTRICT JUDGE