**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**JORGE SANCHEZ**                                                                                          **PLAINTIFF**

**V.**                                          **NO: 5:09CV00201 BSM**

**DOE** *et al.*                                                                                                 **DEFENDANTS**

### ORDER

The court has reviewed the proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young.  The parties have filed no objections.  After carefully reviewing the proposed findings and recommended disposition and reviewing the record *de novo*, it is concluded that the recommended disposition should be, and hereby is, adopted in all respects in its entirety.

IT IS THEREFORE ORDERED THAT:

1.	Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and for failure to respond to the court's order.

2.	All pending motions are DENIED AS MOOT.

3.	The court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 20th day of January, 2010.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE