**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JORGE SANCHEZ                                                                                          PLAINTIFF

V.                                           NO: 5:09CV00201 BSM

DOE *et al.*                                                                                          DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice and the relief sought is denied. The court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 20th day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE